CECELIA FRANCES DUNN, as Administratrix, etc., of JOHN A. DUNN, Deceased, Respondent, v. A. RIEGEL & SONS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ALADAR FELDMANN, Respondent, v. LILLIAN M. FOGLER, as Executrix, etc., of LEO FOGLER, Deceased, Appellant.— Order, in so far as appealed from, modified by granting defendant's motion as to the following items or specifications of the demand for the bill of particulars: Nos. 6 to 10, inclusive, 15, 26, 28, 32 and 34 to 40, inclusive, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

ADELE FIEDLER, Respondent, v. GEORGE FIEDLER, Appellant.— Order granting plaintiff's motion for an examination before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The matters concerning which the plaintiff seeks to examine the defendant are immaterial, or involve issues as to which the defendant has the burden of proof. Some of them are admitted by the defendant. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ELIZABETH GOLDBERG, Appellant, v. LESTER GOLDBERG, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HERBERT H. GRAEBNER, Respondent, v. THE MARLBOROUGH DELICATESSEN, INC., and Others, Appellants.— Judgment and order for additional judgment modified by striking therefrom the provision for a money judgment against appellant Louise Gennerich, and as so modified unanimously affirmed, with costs to said appellant against respondent. In all other respects the judgment and order are unanimously affirmed, with costs to respondent against appellants Butter and The Marlborough Delicatessen, Inc. There is no evidence that appellant Louise Gennerich, as mortgagee, retained the property covered by the chattel mortgage, or converted it. In this respect the case differs from *Murtha v. Curley* (90 N. Y. 372). Furthermore, there is not sufficient evidence of the value of the property covered by the chattel mortgage to warrant a money judgment against said appellant. The facts warrant a finding based upon fraud sufficient to void the chattel mortgage, but do not warrant a money judgment against said appellant. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ. Settle order on notice.

HENRIETTA GRENNAN, Respondent, v. FRANKLIN A. COLES and FRANK AUSTIN, as Executors, etc., of HELENE Foss, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

HEGARTY, SILVER & CARRANO, INC., Appellant, v. PASQUALE CIRIGLIANO, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THEODORE B. HENNENLOTTER, as Trustee in Bankruptcy of HENRY GREENE, Appellant, v. HENRY SEINFEL and CELIA S. GREENE, Respondents, Impleaded with HENRY GREENE, Defendant.— Order denying motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur,